

# Fourth Court of Appeals
## San Antonio, Texas

September 12, 2019

No. 04-19-00589-CV

**IN THE INTEREST OF M.T., A CHILD**,

From the 365th Judicial District Court, Maverick County, Texas
Trial Court No. 17-09-34741-MCVAJA
Honorable Amado J. Abascal, III, Judge Presiding

# O R D E R

The court reporter responsible for filing the reporter's record in this appeal has filed a notification of late record informing the court that the reporter's record has not been filed because (1) appellant is not entitled to appeal without paying the fee for the reporter's record and the appellant has failed to pay the fee or make arrangements to pay the fee for preparing the reporter's record and (2) appellant has failed to provide a designation of record notifying her of the portions of the reporter's record that need to be prepared for this appeal.

We, therefore, ORDER appellant to provide written proof to this court **on or before September 26, 2019**, that either (1) the reporter's fee has been paid or arrangements have been made to pay the reporter's fee; or (2) appellant is entitled to appeal without paying the reporter's fee. We FURTHER ORDER appellant to provide written proof to this court **on or before September 26, 2019**, that he has requested the court reporter to prepare the reporter's record in compliance with Texas Rule of Appellate Procedure 34.6 and has filed a copy of his request with the trial court clerk. *See* TEX. R. APP. P. 34.6(b).

If appellant fails to respond within the time provided, the court will only consider those issues or points raised in appellant's brief that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of September, 2019.



Keith E. Hottle,
Clerk of Court